STATE, TO USE OF FRED. BUHR, Respondent, v. HENRY J. SPAUNHORST *et al.*, Appellants.

*Practice.*—Judgment for failure to assign errors.

*Appeal from St. Louis Court of Common Pleas.*

*Kribben & Kehr*, for respondents.

*Kellam*, for appellants.

BATES, Judge, delivered the opinion of the court.

The respondent moves the court for an affirmance of the judgment in this case, because errors have not been assigned as required by law. He is entitled to the affirmance.

Judgment affirmed. Judges Bay and Dryden concur.

———◄•••►———

MOSES L. POTTLE AND ROMAN L. BAYLEY, Respondents, v. ADOLPH HARLESS, Appellant.

*Appeal from St. Louis Land Court.*

*John N. Stratt*, for appellant.

*Garesché* and *Farish*, for respondent.

BATES, Judge, delivered the opinion of the court.

This suit was brought originally before a justice of the peace, and an appeal from the justice to the St. Louis Land Court was tried there by the court without a jury. No declarations of law were asked by either party or given by the court. The defendant (appellant) objected to some evidence given by the plaintiff, but the objection is only stated generally in the bill of exceptions, without the ground of it being stated.

Judgment affirmed. Judges Bay and Dryden concur.